BARBARA MARIE RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 383103
Waikoloa, HI  96738
Telephone:  808-785-6088
Fax:  808-440-0699
e-mail:  mail@fedlaborlaw.com

Attorney for Plaintiff Lisa D. Tyler

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LISA D. TYLER,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.:  2:17-CV-01167-EFB<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have an extension of time of an additional 30 days to Reply to Defendant's Opposition and Cross-Motion for Summary Judgment.  This is the first continuance sought by Plaintiff.  Pursuant to the Court's Scheduling Order, the current due date for Plaintiff's Reply is December 26, 2017.  If the extension of time is granted, the new due date will be January 25, 2018.

    There is good cause for this request.  Plaintiff's counsel will be out of the office and traveling for several weeks over the holidays (mid

STIPULATION & [~~PROPOSED~~]
ORDER FOR TIME EXTENSION    1
2:17-cv-01167-EFB

December until early January) during the time when Plaintiff's Reply would be due.

Therefore, Plaintiff is respectfully requesting additional time up to and including January 25, 2018 to file her Reply brief. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date:   December 7, 2017          "/s/Barbara Marie Rizzo"
                                  BARBARA MARIE RIZZO
                                  Attorney for Plaintiff


Date:   December 7, 2017          "/s/Ellinor R. Coder"
                                  (As authorized by e-mail on 12/7/17)
                                  ELLINOR R. CODER
                                  Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:   December 7, 2017         _____
                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE